BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR HASSAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-02019-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended for 30 days until March 20, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  Defense counsel needs the additional time to consult with the Appeals Council regarding pages in the Certified Administrative Record which contain personal information, unrelated to the merits of this case, that should be redacted.

////

////

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  February 18, 2014        /s/ Jesse S. Kaplan*  _____
                                 (*as authorized via email on 2/18/14)
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff


Dated: February 18, 2014         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                           By:   /s/  Lynn M. Harada
                                 LYNN M. HARADA
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


                                 ORDER:

APPROVED AND SO ORDERED:

Dated:  February 19, 2014

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE